Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      INDICTMENT

   - v. -                           :      08 Cr.

LUIS R. MARTINEZ,                   :
   a/k/a "Jose Rodriguez,"
   a/k/a "Luis Angel Ransel          :
       Martinez,"
   a/k/a "Mario M. Rodriguez,"       08 CRIM 520
   a/k/a "Angel Rangel Martinez,"
   a/k/a "Louis Martinez,"           :
   a/k/a "Luis L. Martinez,"

       Defendant.                   :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

       The Grand Jury charges:

       On or about March 28, 2008, in the Southern District of New York, LUIS R. MARTINEZ, a/k/a "Jose Rodriguez," a/k/a "Luis Angel Ransel Martinez," a/k/a "Mario M. Rodriguez," a/k/a "Angel Rangel Martinez," a/k/a "Louis Martinez," a/k/a "Luis L. Martinez," the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 8, 1994, in Sullivan County Court, New York, for burglary in the third degree, in violation of New

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 09 2008

York Penal Law 140.20, a Class D felony, did possess in and affecting commerce, a loaded firearm, to wit, a Deutsche Werke (Berlin) Ortgies .25 caliber semiautomatic pistol, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS R. MARTINEZ,
a/k/a "Jose Rodriguez," a/k/a "Luis Angel Ransel Martinez," "Mario M. Rodriguez," a/k/a "Angel Rangel Martinez," a/k/a "Louis Martinez," a/k/a "Luis L. Martinez,"

Defendant.

## INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*  6/9/08                    Foreperson.

06/09/08   Indictment Filed.

Fox, M.J.