AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number:   08 CR 520 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis R. Martinez

I certify that I am admitted to practice in this court.

6/13/2008
Date

Signature

Jennifer Brown
Print Name                                    Bar Number

52 Duane Street
Address

NY                 NY                 10007
City              State              Zip Code

(212) 417-8722              (212) 571-0392
Phone Number                    Fax Number